## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STAGGER, CHERANNZETTA | § | Case No. 08-20022 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/04/2013 in Courtroom 613,
United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/15/2013                    By: /s/ Barry A. Chatz, Trustee
                                                        Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:
Cherannzetta Stagger
      Debtor

Case No. 08-20022-TAB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: kseldon      Page 1 of 2      Date Rcvd: Nov 07, 2013
                      Form ID: pdf006      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2013.
```
db          +Cherannzetta Stagger,   12501 S State St,   Chicago, IL 60628-7338
12474849    +AT T,  Asset Acceptance,  Po Box 2036,   Warren, MI 48090-2036
21117631    +AT&T Asset Acceptance,   c/o Barry A. Chatz, Chapter 7 Trustee,
             120 S. Riverside Plaza, Suite 1200,   Chicago, IL 60606-3910
12474846    +Ameri Cash Loans,   c/o Barry A. Chatz, Chapter 7 Trustee,   120 S. Riverside Plaza, Suite 1200,
             Chicago, IL 60606-3910
12474847    +Aspire Visa,  Jefferson Capital System,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
12474848    +Aspire Visa,  Midland Credit Management,   8875 Aero Dr., Suite 200,   San Diego, CA 92123-2255
21117744    +Chase,  Attn: Bankruptcy Department,   P.O. Box 100018,   Kennesaw, GA 30156-9204
12474851    +Chase,  PO BOX 260180,   Baton Rouge, LA 70826-0180
12474850    +Chase,   c/o Barry A. Chatz, Chapter 7 Trustee,   120 S. Riverside Plaza, Suite 1200,
             Chicago, IL 60606-3910
21117796    +Check N Go of Illinois,   c/o Barry A. Chatz, Chapter 7 Trustee,
             120 S. Riverside Plaza, Suite 1200,   Chicago, IL 60606-3910
12474853    +Comcast Cable Communications,   c/o Barry A. Chatz, Chapter 7 Trustee,
             120 S. Riverside Plaza, Suite 1200,   Chicago, IL 60606-3910
21117815    +Emergency Medical Specialist SC,   c/o Barry A. Chatz, Chapter 7 Trustee,
             120 S. Riverside Plaza, Suite 1200,   Chicago, IL 60606-3910
12474855    +Emergency Medical Specialst Sc,   Cda/pontiac,  Attn: Bankruptcy, Po Box 213,
             Sreator, IL 61364-0213
12474857    +First Cash Advance,   c/o Barry A. Chatz, Chapter 7 Trustee,   120 S. Riverside Plaza, Suite 1200,
             Chicago, IL 60606-3910
12474858    +First Premier,  Po Box 5524,   Sioux Falls, SD 57117-5524
12474859    +Genesis Financial Services,   c/o Barry A. Chatz, Chapter 7 Trustee,
             120 S. Riverside Plaza, Suite 1200,   Chicago, IL 60606-3910
12474863    +HBLC,   c/o Barry A. Chatz, Chapter 7 Trustee,   120 S. Riverside Plaza, Suite 1200,
             Chicago, IL 60606-3910
19351855    +Jefferson Capital Systems LLC,   Purchased From MIDLAND CREDIT MANAGEMENT,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,   Orig By: ASPIRE VISA
12474865    +John H. Stroger Jr. Hospital,   1901 W. Harrison St.,   Chicago, IL 60612-3714
21117818    +Martin Lawn Care,   c/o Barry A. Chatz, Chapter 7 Trustee,   120 S. Riverside Plaza, Suite 1200,
             Chicago, IL 60606-3910
12474867    +Mci,  Resurgent Capital Service/Sherman,   Attn: Bk Dept, Po Box 10587,
             Greenville, SC 29603-0587
12474868     NAFS,  165 Lawrence Bell Drive #100,   P.O. Box 9027,   Buffalo, NY 14231-9027
12474869    +National Quick Cash,   c/o Barry A. Chatz, Chapter 7 Trustee,
             120 S. Riverside Plaza, Suite 1200,   Chicago, IL 60606-3910
12474870    +Peoples Gas,   c/o Barry A. Chatz, Chapter 7 Trustee,   120 S. Riverside Plaza, Suite 1200,
             Chicago, IL 60606-3910
12474871    +Roseland Community Hospital,   c/o Barry A. Chatz, Chapter 7 Trustee,
             120 S. Riverside Plaza, Suite 1200,   Chicago, IL 60606-3910
12474872    +Sage Telecom Inc,  Nco Financial Systems,   507 Prudential Rd,   Horsham, PA 19044-2368
12474874    +Sun Cash OF Wi, LLC,   598 South Torrence Ave,   Calumet City, IL 60409-3813
12474875    +The Payday Loan Store,   801 1/2 N. Pulaski,   Chicago, IL 60651-3609
12474852    +check N Go of Ill,   800 N Kedize Street,   Suite 225,   Chicago, IL 60651-4105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12474854    +E-mail/Text: legalcollections@comed.com Nov 08 2013 01:03:03    ComEd,
             Attn: Bankruptcy Section,   2100 Swift Drive,   Oak Brook, IL 60523-1559
12474860    +E-mail/Text: bk@gafco.net Nov 08 2013 01:02:02    Great American Finance,   205 W Wacker Dr,
             Chicago, IL 60606-1211
12474862    +E-mail/Text: bkynotice@harvardcollect.com Nov 08 2013 01:03:12    Harvard Collection Service,
             4839 North Elston Avenue,   Chicago, IL 60630-2589
12474864     E-mail/Text: cio.bncmail@irs.gov Nov 08 2013 01:01:29    IRS,   ACS Support - Stop 5050,
             PO Box 219236,   Kansas City, MO 64121-9236
19374726     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2013 01:13:25
             LVNV Funding, LLC its successors and assigns as,   assignee of GE Capital,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
19374727     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2013 01:14:29
             LVNV Funding, LLC its successors and assigns as,   assignee of MCI Communications,
             Services, Inc,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12474873    +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2013 01:12:42    Sbc Illinois,
             Allied Interstate Inc/Gemb,   Po Box 103104,   Roswell, GA 30076-9104
12474876    +E-mail/Text: bankruptcy@uacc.net Nov 08 2013 01:01:09    United Auto Credit,
             113 Fairfield Way; Suite 107,   P.O. Box 6486,   Bloomingdale, IL 60108-6486
12474877    +E-mail/Text: bankruptcy@uacc.net Nov 08 2013 01:01:09    United Auto Credit Co,
             17752 Sky Park Circle,   Suite 1,   Irvine, CA 92614-4468
                                                                                        TOTAL: 9
```

```
District/off: 0752-1          User: kseldon          Page 2 of 2          Date Rcvd: Nov 07, 2013
                             Form ID: pdf006         Total Noticed: 38


          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Loevy and Loevy
aty          Samantha Lisko
aty          Vincenzo Field
12474856     ##Enhanced Recovery Corp,   P.O. Box 1967,   Southgate, MI 48195-0967
12474861     ##+Harris & Harris, Ltd,   600 W. Jackson Blvd,   Suite 400,   Chicago, IL 60661-5675
12474866     ##Law Office of Mitchell N. Kay,   P.O. Box 2374,   Chicago, IL 60690-2374
                                                               TOTALS: 3, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Christina M Riepel    on behalf of Trustee Barry A Chatz  gstern2@flash.net
          Gregory K Stern    on behalf of Trustee Barry A Chatz  gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Monica C O'Brien    on behalf of Trustee Barry A Chatz  gstern1@flash.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas  Twomey    on behalf of Debtor Cherannzetta  Stagger  ecf@zaplawfirm.com,
           ttwomey@zaplawfirm.com;ZAPecf@gmail.com
                                                                           TOTAL: 6
```