# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| STAGGER, CHERANNZETTA § | Case No. 08-20022 |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/BARRY A. CHATZ _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Representing: United Auto Credit |  |  |  |  |  |
|  | United Auto Credit 113 Fairfield Way; Suite 107 P.O. Box 6486 Bloomingdale, IL 60108 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, PC | | | | | |
| LOEVY AND LOEVY | | | | | |
| GREGORY K. STERN, PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS ACS Support - Stop 5050 PO Box 219236 Kansas City, MO 64121-9236 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT T Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Ameri Cash Loans 555 Torrence Avenue Calumet City, IL 60409 | | | | | |
| | Aspire Visa Jefferson Capital System 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |
| | Aspire Visa Midland Credit Management 8875 Aero Dr., Suite 200 San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | Chase PO BOX 260180 Baton Rouge, LA 70826 | | | | | |
| | ComEd Attn: Bankruptcy Section 2100 Swift Drive Oak Brook, IL 60523 | | | | | |
| | Comcast Cable Communications Friedman & Wexler 500 W Madison St., Ste 2910 Chicago, IL 60661 | | | | | |
| | Emergency Medical Specialst Sc Cda/pontiac Attn: Bankruptcy, Po Box 213 Sreator, IL 61364 | | | | | |
| | First Cash Advance One Iron Ventures, Inc 1205 East Sibley Dolton, IL | | | | | |
| | First Premier Po Box 5524 Sioux Falls, SD 57117 | | | | | |
| | Genesis Financial Services 505 N LaSalle Suite 250 Chicago, IL 60610 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great American Finance 205 W Wacker Dr Chicago, IL 60606 | | | | | |
| | John H. Stroger Jr. Hospital 1901 W. Harrison St. Chicago, IL 60612 | | | | | |
| | Mci Resurgent Capital Service/Sherman Attn: Bk Dept, Po Box 10587 Greenville, SC 29603 | | | | | |
| | National Quick Cash 8202 S. Stoney Island Ave. Chicago, IL 60617 | | | | | |
| | Peoples Gas 130 East Randolph Chicago, IL 60687 | | | | | |
| | Representing: Aspire Visa | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: ComEd | | | | | |
| | Representing: Peoples Gas | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roseland Community Hospital Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | | | | |
| | Roseland Community Hospital Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | | | | |
| | Sage Telecom Inc Nco Financial Systems 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Sbc Illinois Allied Interstate Inc/Gemb Po Box 103104 Roswell, GA 90076 | | | | | |
| | Sun Cash OF Wi, LLC 598 South Torrence Ave Calumet City, IL 60409 | | | | | |
| | The Payday Loan Store 801 1/2 N. Pulaski Chicago, IL 60651 | | | | | |
| | check N Go of Ill 800 N Kedize Street Suite 225 Chicago, IL 60651 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMED | | | | | |
| 000002 | JEFFERSON CAPITAL SYSTEMS-ASPIRE | | | | | |
| 000004 | LVNV FUNDING LLC-MCI COMMUN SRVCS | | | | | |
| 000003 | LVNV FUNDING, LLC GE CAPITAL | | | | | |
| 000005 | AMERI CASH LOANS | | | | | |
| 000006 | AT&T ASSET ACCEPTANCE | | | | | |
| 000010 | CHECK N GO OF ILLINOIS | | | | | |
| 000009 | COMCAST CABLE COMMUNICATIONS | | | | | |
| 000017 | EMERGENCY MEDICAL SPECIALIST SC | | | | | |
| 000015 | GENESIS FINANCIAL SERVICES | | | | | |
| 000014 | HBLC | | | | | |
| 000008 | JP MORGAN CHASE | | | | | |
| 000016 | MARTIN LAWN CARE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | NATIONAL QUICK CASH | | | | | |
| 000012 | PEOPLES GAS | | | | | |
| 000011 | ROSELAND COMMUNITY HOSPITAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-20022 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | BARRY A. CHATZ |
| Case Name: | STAGGER, CHERANNZETTA | | | Date Filed (f) or Converted (c): | 07/31/08 (f) |
| | | | | 341(a) Meeting Date: | 09/04/08 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 09/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 3. Wearing Apparel | 400.00 | 400.00 | | 0.00 | FA |
| 4. Vehicles | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 5. Unscheduled Assets (u) UNDISCLOSED CIVIL RIGHTS ACT CAUSE OF ACTION PENDING IN U.S.D.C. | 0.00 | 0.00 | | 29,250.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $12,600.00 | $12,600.00 | | $29,250.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREPARE TDR TO CLOSE CASE

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-20022 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | STAGGER, CHERANNZETTA | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9382 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0225 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Check | Paid To/Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/13 | 5 | City of Chicago<br>Department of Finance<br>33 North LaSalle Street<br>Suite 700<br>Chicago, IL 60602 | LITIGATION SETTLEMENT | 1229-000 | 29,250.00 | | 29,250.00 |
| 07/18/13 | 300001 | Loevy and Loevy | ATTORNEY FOR TRUSTEE<br>PURSUANT TO 5/14/13 COURT ORDER | 3210-000 | | 9,750.00 | 19,500.00 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 39.27 | 19,460.73 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 28.94 | 19,431.79 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 27.96 | 19,403.83 |
| 12/05/13 | 300002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 3,737.90 | 15,665.93 |
| | | | Fees       3,675.00 | 2100-000 | | | |
| | | | Expenses     62.90 | 2200-000 | | | |
| 12/05/13 | 300003 | GREGORY K. STERN, PC<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Claim 000007, Payment 100.00% | | | 7,734.90 | 7,931.03 |
| | | | Fees       7,702.50 | 3210-000 | | | |
| | | | Expenses     32.40 | 3220-000 | | | |
| 12/05/13 | 300004 | COMED<br>ATTN: BANKRUPTCY SECTION<br>2100 SWIFT DRIVE<br>OAK BROOK, IL 60523 | Claim 000001, Payment 100.00% | 7100-000 | | 229.17 | 7,701.86 |
| 12/05/13 | 300005 | JEFFERSON CAPITAL SYSTEMS-ASPIRE VISA<br>FOR MIDLAND CREDIT MANAGEMENT | Claim 000002, Payment 100.00% | 7100-000 | | 465.46 | 7,236.40 |

Page Subtotals         29,250.00        22,013.60

Ver: 18.03b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-20022 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | STAGGER, CHERANNZETTA | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9382 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0225 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | 300006 | PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>LVNV FUNDING LLC ASSIGNEE GE CAPITAL | Claim 000003, Payment 100.00% | 7100-000 | | 173.69 | 7,062.71 |
| 12/05/13 | 300007 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br>LVNV FUNDING-MCI COMMUNICATION<br>SERVICES<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000004, Payment 100.00% | 7100-000 | | 548.81 | 6,513.90 |
| 12/05/13 | 300008 | ANNJANETTE WINTERS<br>555 TORRENCE AVENUE<br>CALUMET CITY, IL 60409 | Claim 000005, Payment 54.25% | 7200-000 | | 1,008.56 | 5,505.34 |
| 12/05/13 | 300009 | AT&T ASSET ACCEPTANCE<br>P.O. BOX 2036<br>WARREN, MI 48090 | Claim 000006, Payment 54.25% | 7200-000 | | 124.78 | 5,380.56 |
| 12/05/13 | 300010 | JP MORGAN CHASE<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 100018<br>KENNESAW, GA 30156 | Claim 000008, Payment 54.25% | 7200-000 | | 559.89 | 4,820.67 |
| 12/05/13 | 300011 | COMCAST CABLE COMMUNICATIONS<br>C/O FRIEDMAN & WEXLER<br>500 WEST MADISON STREET, SUITE 2910<br>CHICAGO, IL 60661 | Claim 000009, Payment 54.25% | 7200-000 | | 189.88 | 4,630.79 |
| 12/05/13 | 300012 | CHECK N GO OF ILLINOIS<br>800 NORTH KEDZIE STREET<br>SUITE 225<br>CHICAGO, IL 60651 | Claim 000010, Payment 54.25% | 7200-000 | | 660.91 | 3,969.88 |
| 12/05/13 | 300013 | ROSELAND COMMUNITY HOSPITAL | Claim 000011, Payment 54.25% | 7200-000 | | 472.00 | 3,497.88 |

| | | Page Subtotals | | | 0.00 | 3,738.52 | |

Ver: 18.03b

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-20022 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | STAGGER, CHERANNZETTA | Bank Name: | BANK OF NEW YORK MELLON |
|  |  | Account Number / CD #: | *******9382 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0225 |  |  |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | 300014 | HARVARD COLLECTION<br>4938 NORTH ELSTON AVENUE<br>CHICAGO, IL 60630<br>PEOPLES GAS | Claim 000012, Payment 54.25% | 7200-000 |  | 149.74 | 3,348.14 |
| 12/05/13 | 300015 | 130 EAST RANDOLPH STREET<br>CHICAGO, IL 60687<br>K. BARNES | Claim 000013, Payment 54.25% | 7200-000 |  | 1,046.96 | 2,301.18 |
| 12/05/13 | 300016 | 8202 SOTH STONEY ISLAND AVENUE<br>CHICAGO, IL 60617<br>HBLC<br>C/O STEVEN FINK & ASSOCIATES, P.C.<br>25 E. WASHINGTON STREET, SUITE 1125<br>CHICAGO, IL 60602 | Claim 000014, Payment 54.25% | 7200-000 |  | 547.34 | 1,753.84 |
| 12/05/13 | 300017 | GENESIS FINANCIAL SERVICES<br>505 NORTH LASALLE STREET<br>SUITE 250<br>CHICAGO, IL 60610 | Claim 000015, Payment 54.25% | 7200-000 |  | 412.72 | 1,341.12 |
| 12/05/13 | 300018 | MARTINEZ LAWN CARE<br>8008 SOUTH TRIPP<br>CHICAGO, IL 60652 | Claim 000016, Payment 54.25% | 7200-000 |  | 1,296.64 | 44.48 |
| 12/05/13 | 300019 | EMERGENCY MEDICAL SPECIALIST SC<br>CDA / PONTIAC<br>ATTN: BANKRUPTCY / P.O. BOX 213<br>STREATOR, IL 61364 | Claim 000017, Payment 54.24% | 7200-000 |  | 44.48 | 0.00 |
| * 01/13/14 |  | BANK OF NEW YORK MELLON | ADJUSTMENT OUT<br>BANK SERVICE FEE | 2600-003 |  | 2.50 | -2.50 |
| * 01/13/14 |  | BANK OF NEW YORK MELLON | ADJUSTMENT OUT<br>BANK SERVICE FEES | 2600-003 |  | 3.95 | -6.45 |
| * 01/14/14 |  | Reverses Adjustment OUT on 01/13/14 | ADJUSTMENT OUT | 2600-003 |  | -2.50 | -3.95 |
| * 01/14/14 |  | Reverses Adjustment OUT on 01/13/14 | ADJUSTMENT OUT | 2600-003 |  | -3.95 | 0.00 |

Page Subtotals 0.00 3,497.88

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-20022 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | STAGGER, CHERANNZETTA | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9382 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0225 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,250.00 | 29,250.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 29,250.00 | 29,250.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 29,250.00 | 29,250.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9382) | 29,250.00 | 29,250.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 29,250.00 | 29,250.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*